UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BARKSDALE, | No. 2: 19-cv-0950 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| LAWANA WYATT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On October 02, 2019, plaintiff was re-served with the findings and recommendations to his most current address. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations filed September 20, 2019, (ECF No. 17) are ADOPTED in full;

2. This action is DISMISSED without prejudice, <u>see</u> Local Rule 110, Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE